AARON. BJORKSTRAND.
NAME

T-08148
PRISON IDENTIFICATION/BOOKING NO.

4001 KING AVENUE
ADDRESS OR PLACE OF CONFINEMENT

CORCORAN, CA. 93212

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

**FILED**

APR 15 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BJORKSTRAND; AARON. THOMAS.
FULL NAME (*Include name under which you were convicted*)
                                    Petitioner,

v.

CSP/COR; WARDEN.
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
                                    Respondent.

CASE NUMBER:

CV 1:22-CV-00442-SKO-(HC)
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION  21W-0092A KINGS.CO.
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(*List by case number*)
CV APPELLATE DIST, NO: F083229
CV SUPREME COURT, NO: S271555

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a difference California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum. the grounds for relief from the conviction and/or sentence that you challenge.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:

   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☒ other.

# PETITION

1. Venue
   a. Place of detention  CSP/COR
   b. Place of conviction and sentence  KINGS COUNTY SUPERIOR COURT

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.
   a. Nature of offenses involved *(include all counts)*: #(1) PREA, PRISON.RAPE.ELIMINATION.ACT. #(2) BASIC/ADEQUATE MENTAL HEALTH.
   
   b. Penal or other code section or sections: 8th AMENDMENT, PC§2636.(b), 2638.(d) and 2635 et, seq. 28 C.F.R. part 115 and 115.83(a)-(h), 115.51 and 115.et, seq.
   
   c. Case number: 21W-0092A
   d. Date of conviction: 06/10/2021
   e. Date of sentence: 06/10/2021
   f. Length of sentence on each count: N/A
   
   g. Plea *(check one)*:
      ☐ Not guilty
      ☐ Guilty
      ☐ Nolo contendere
   
   h. Kind of trial *(check one)*:
      ☐ Jury
      ☐ Judge only
      N/A

3. Did you appeal to the California Court of Appeal from the judgment of conviction?    ☒ Yes  ☐ No
   
   If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
   a. Case number: F083229
   b. Grounds raised *(list each)*:
      (1) 8th.Amend claim to reasonable protection from sexual assault.
      (2) 8th.Amend claim to Basic/Adequate mental health care/trauma.

(3) _____
(4) _____
(5) _____
(6) _____

    c. Date of decision: October, 2021
    d. Result Denied without prejudice.

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☒Yes ☐No

   If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

   a. Case number: S271555
   b. Grounds raised *(list each)*:
   (1) 8th.Amend claim to reasonable protection from sexual assault.
   (2) 8th.Amend claim to Basic/Adequate mental health care/trauma.
   (3) CDCR fabricating evidence to support "their" record.
   (4) CDCR denying me access to C-File/ UHR.
   (5) Unable to obtain records due to CDCR staff.
   (6) Unable to FULLY state case due to mental health/trauma.
   c. Date of decision: November 29, 2021
   d. Result The court directed that a answer to the petition for review be done in the matter by the California Attorney Generals office. (DENIED) on December 29, 2021.

5. If you did not appeal:
   a. State your reasons _____
   b. Did you seek permission to file a late appeal? ☐Yes ☒No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction? ☐Yes ☒No

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____
_____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

b. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

c. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?    ☐ Yes ☐ No

7. Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

   If yes, answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

   **CAUTION:**    *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

   a. Ground one: <u>8th Amendment right to "reasonable protection from the threat of VIOLENCE, SEXUAL ASSAULT, or EXTORTION BY OTHERS IN PRISON".</u>

   (1) Supporting FACTS: <u>I was raped when I was 22 years old. I told custody staff about it and they did nothing. I have been sexually assaulted multiple times and again I told custody staff who did nothing. The same has been true with the dozens of phyiscal assaults. No one is even willing to listen to me let alone help.</u>

   (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☒ Yes    ☐ No
   (3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☒ Yes    ☐ No
   (4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☒ No

   b. Ground two: <u>8th Amendment right to "BASIC/ADEQUATE mental health care".</u>

   (1) Supporting FACTS: <u>I have attempted suicide 3 times in prison. I have been denied post-trauma therapy for rape victims. I have been court ordered medicated (KEYHEA). I have been in state hospitals</u>

several times. I have told my mental health clinicians that I had been raped in prison, as well as sexually assaulted several times, but still no one helped me.

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☒ Yes ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☒ Yes ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

c. Ground three: 8th Amendment claim to safe housing.

(1) Supporting FACTS: Due to the repeated assaults against me I have asked for single-cell status. Currently I am on single-cell status, but have been told recently that when covid restrictions are liftted I will no longer have my single-cell status. I have been lied to about being sfe by custody staff for years.

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☒ Yes ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☒ Yes ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

d. Ground four: _____

(1) Supporting FACTS: _____

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

e. Ground five: _____

(1) Supporting FACTS: _____

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

9. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction? ☐ Yes ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
   (4) Grounds raised *(list each)*:
       (a) _____
       (b) _____
       (c) _____
       (d) _____
       (e) _____
       (f) _____
   (5) Date of decision: _____
   (6) Result _____

   (7) Was an evidentiary hearing held? ☐ Yes ☐ No

b. (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
   (4) Grounds raised *(list each)*:
       (a) _____
       (b) _____
       (c) _____
       (d) _____
       (e) _____
       (f) _____
   (5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?   ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?   ☐ Yes ☒ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

12. Are you presently represented by counsel?   ☐ Yes ☒ No

If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 04/06/2020
            Date

_____
*Signature of Petitioner*

BJORKSTRAND, AARON. THOMAS.
_____
*Petitioner*

CSP/COR: WARDEN.
_____
*Respondent(s)*

**ELECTION REGARDING
CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE**

- A magistrate judge is available under 28 U.S.C. § 636 ( c) to conduct all proceedings in this case, including dispositive matters, and entry of final judgment. However, a magistrate judge may be assigned to rule on dispositive matters only if all parties voluntarily consent.

- Parties are free to withhold consent to magistrate judge jurisdiction without adverse substantive consequences.

- If both parties consent to have a magistrate judge decide the case, any appeal would be made directly to the Ninth Circuit Court of Appeals, as if a district judge had decided the matter.

- Unless both parties consent to have a magistrate judge decide the case, the assigned magistrate judge will continue to decide only non-dispositive matters, and will issue a Report and Recommendation to the district judge as to all dispositive matters.

*Please check the "yes" or "no" box regarding your decision to consent to a United States Magistrate Judge, and sign below.*

[X] Yes, I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, decide all dispositive and non-dispositive matters, and order the entry of final judgment.

[ ] No, I do not consent to have a United States Magistrate Judge conduct all further proceedings in this case.

Executed on 04/06/2022
_____
*Date*

*[signature]*
_____
*Signature of Petitioner/Counsel for Petitioner*



The The following is a list of issues that have been brought up and were never addressed by the court or CDCR.

1.) I have tried several times to contact CDCR/ISU in re to additional information to the rape, sexual assaults and the phyiscal assaults, but were never interviewed.

2.) CDCR claims that I have been interviewed in regards to my claims and that they were properly addressed, but that's a lie, as I wasn't interviewed for all of my claims.

3.) CDCR never contradicted my version of events in regards to the sexual assault back in 2013-2014, when custody staff told me to cut the motherfucker that's what I would do.

4.) Ther are still a few unresolved cases of sexual assault that ISU never investigated and I have told them about custody staff who were complicit in helping to cover up the FACT that other custody staff were negligent in their duties in ensuring that I was properly housed, but I wasn't.

5.) They claim that the record doesn't support my version of events in certain situations, that's because they control the record. They have manipulated the record to cover up numerous counts of staff misconduct and have denied me due process, so that my appeals won't get through or the documents.

6.) I have provided CDCR Administrative officials with names, dates, places and much more, but they are refusing to act on ANY of it, which is also why theres no documentation or some record to support ANY of my claims.

7.) I am unable to fully or adequately apply law to much of these wrongs that have been committed against, which is why I

begged and pleaded with the California State Supreme Court to appoint me an attorney, so that the gravity of it all could be better explained through a professional.

8.) Yes, it could possibly take a forensic case records anlyst to ferret out the truth that I know to be buried in my C-FILE and UNIT HEALTH RECORD(UHR).

9.) I apologize to the court if I'm not stating things correctly I get very emotional about this issue.

10.) I have ONLY ever asked the court for basic things that I didn't think were going to be this hard, such as the following

 (1) To have a permanent single-cell due to the trauma I've suffered in prison and out.

 (2) To be given medications that don't make me sick and can actually work to help reduce my depression, suicidal ideations, anxiety, night mares and much more.

 (3) To be given post-trauma therapy for being raped and for the sexual assaults. These have given me PTSD, but the real term for it is; Rape.Trauma.Syndrome.(RTS).

11.) I am expected to speak to my clinician through the crack on my cell door about these tramatic experiences, due to some prison policy that also violates HIPPA and many more rights.

I swear that all of these things I have said in this are true and that I am being denied even the basics that anyone should be afforded in or out of prison.

I pray for your help or the courts help in this matter.

Signed: _____
IN/PRO/PER.
Date: 04/06/2022

# PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, AARON.BJORKSTRAND. , declare:

I am over 18 years of age and a party to this action. I am a resident of CSP/COR _____ Prison,

in the county of CORCORAN ,

State of California. My prison address is: 4001 KING AVENUE, CORCORAN, CA. 93212. .

On _____ ,
     (DATE)

I served the attached: PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN

STATE CUSTODY 28 U.S.C. §2254
    (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

    UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
           2500 TULARE STREET# 1501
              FRESNO, CA. 93721

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 04/06/2022          /s/ Aaron Bjorkstrand
      (DATE)                          (DECLARANT'S SIGNATURE)