UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BJORKSTRAND,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CSP/COR,<br><br>Respondent. | No. 1:22-cv-00442-JLT-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 3)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, DIRECTING CLERK OF COURT TO PROVIDE PETITIONER WITH BLANK CIVIL RIGHTS FORMS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

The assigned magistrate judge issued Findings and Recommendations to dismiss the petition for failure to state a cognizable claim for relief. (Doc. 3.) Petitioner filed timely objections to the Findings and Recommendations. (Doc. 5.)

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Petitioner also filed a motion for temporary restraining order on May 23, 2022. (Doc. 6.)

He states he has learned that he will be double celled in the coming week and believes his life is in danger.  This claim concerns the conditions of confinement and is not properly brought in a petition for writ of habeas corpus; it must be raised in a civil rights action.  Thus,

1. The Findings and Recommendations issued on April 20, 2022, (Doc. 3), are **ADOPTED IN FULL**.
2. The petition for writ of habeas corpus is **DISMISSED**.
3. The motion for temporary restraining order (Doc. 6) is **DENIED**.
4. The Clerk of Court is directed to mail Petitioner forms for filing a civil rights action; and
5. The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **June 22, 2022**

UNITED STATES DISTRICT JUDGE